

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2021

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    RE:  **United States v. Brandon Lopez**
             21 Cr. 417 (PAC)

*[Handwritten note: 7/22/21 — The matter is adjourned to September 20, 2021 and time will be excluded. So ordered. Paul A Crotty]*

Dear Judge Crotty:

    The parties jointly and respectfully request an adjournment of the next conference in this case, currently scheduled for July 27, 2021, to September 20, 2021. This is the first request for an adjournment of this conference. The adjournment will permit the defendant to continue to review discovery and for the parties to discuss resolution of the case without the need for trial.

    The Government also respectfully requests that the Court exclude time under the Speedy Trial Act until the next conference in this case. For the reasons set forth above, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The Government has conferred with defense counsel, who consents to this request.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

by: _____
     Matthew J. King
     Assistant United States Attorney
     (212) 637-2384

Cc: Anna Schneider (by ECF)