# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 27, 2022

*VIA ECF*
The Honorable Paul Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Brandon Lopez*, 21 CR 417 (PAC)

Dear Judge Crotty:

On January 6, 2022, the Court set February 8, 2022 as a control date for a Fatico hearing in the above-referenced matter. After consulting, the parties do not believe there are any factual disputes requiring a hearing. The parties are prepared to go forward with sentencing, currently scheduled for February 14, 2022 at 2:15. To accommodate my schedule, I seek leave to file a sentencing submission on Mr. Lopez's behalf one week before sentencing, on February 7, 2022. The government will file any submission on February 10, 2022.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

cc:   A.U.S.A. Matthew King (via ECF)

1/28/2022
Sentencing will proceed on February 14, 2022 at 2:15 PM. Sentencing submissions are due on February 7 & February 10, 2022. SO ORDERED.

*[signature: Paul A. Crotty]*