UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x


United States of America,

                          15 CR 184-01 (LAK)

     vs.                         &

                          21 CR 417-01 (LAK)

Brandon Lopez,
          Defendant


- - - - - - - - - - - - - - - x


TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:


    The defendant is ordered remanded into the custody of the U.S.
Marshal.


DATED: September 7, 2023

                                  _____
                                  Lewis A. Kaplan
                           United States District Judge