

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, NY 10278*

July 1, 2026

**By ECF and EMAIL**

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Hon. John P. Cronan
United States District Judge, Sitting in Part 1
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**    *United States v. Brandon Lopez,*
           **15 Cr. 184 & 21 Cr. 417 (LAK)**

Dear Judge Cronan:

      The Government respectfully submits this letter on behalf of the parties in response to Judge Kaplan's May 15, 2026 order directing the parties to contact the Part 1 Judge by July 1, 2026, regarding the interim violation of supervised release ("VOSR") hearing scheduled for July 7, 2026 in the above-captioned matter.[1] By way of update, the Government recently received files from the Bronx District Attorney's Office (the "Bronx DA's Office") in connection with the defendant's parallel state court case, and expects to produce materials from the Bronx DA's Office file as discovery to the defense by early next week. The parties anticipate having discussions regarding a potential pre-hearing resolution after the defense has reviewed the discovery. In addition, the Government is currently awaiting an update from the Bronx DA's Office on the status of the parallel state case, which may impact how the parties propose to proceed in this matter.

---

[1] A VOSR hearing to be held before Judge Kaplan is also scheduled for September 9, 2026.

Accordingly, the parties jointly request a two-week adjournment of the July 7, 2026 interim VOSR hearing, *i.e.*, to July 21, 2026, or a date thereafter that is convenient for the Court, to facilitate the defense's review of the discovery and the parties' ongoing discussions. The parties also propose to provide a further update to the Part 1 Judge five days in advance of the adjourned interim hearing.[2]

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Adam Z. Margulies
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

cc:    Jesse Siegel, Esq., counsel for Brandon Lopez (by email and ECF)
Supervisory U.S. Probation Officer Hillel Greene (by email)
U.S. Probation Officer Robert Harris (by email)

The hearing currently scheduled for July 7, 2026 at 11:00 a.m. is adjourned to July 22, 2026 at 4:00 p.m. before the undersigned. The hearing will take place in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is respectfully directed to close Docket Number 44 in 15cr184 and Docket Number 45 in 21cr417.

SO ORDERED.
Date: July 2, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

---

[2] The Government understands that Judge Abrams is scheduled for Part 1 duty during the week of July 20, and defers to Your Honor and Judge Abrams regarding whether to refer this adjournment request and/or, if the request is granted, the adjourned interim hearing, to Judge Abrams, to the extent Judge Kaplan is not available in two weeks.